UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD ROBBINS, ET AL.,

        Plaintiffs,

- against -

GENERALI GLOBAL ASSISTANCE, INC., ET AL.,

        Defendants.

---

20 cv 6635 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff should file an amended complaint by **December 18, 2020**. The motion to dismiss is due **January 15, 2021**. The response is due **February 5, 2021**. The reply is due **February 19, 2021**.

    SO ORDERED.

Dated:    New York, New York
          November 24, 2020

                                          John G. Koeltl
                                      United States District Judge
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-24-20