UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: Generali COVID-19 TRAVEL
INSURANCE LITIGATION,                                         20 md 2968 (JGK)

-----------------------------------------------------------------X

## ORDER

Counsel for lead plaintiffs, having notified the Court that it intends to voluntarily dismiss all plaintiffs' claims remaining and in all constituent cases in the MDL,

The Court orders that this MDL matter plus all related actions be closed, as well as all other remaining open cases, including 20 civ 6635 (JGK) and 20 civ 7079 (JGK).

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 31, 2023